# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. **2:20-CR-20101-MSN** |
| vs. ) | |
| ) | |
| STONE COLLINS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS INDICTMENT

**COMES NOW,** the United States, by and through Joseph C. Murphy, Jr., Acting United States Attorney and Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment in case 2:20-CR-20101-MSN against STONE COLLINS without prejudice.

Respectfully Submitted,

Joseph C. Murphy, Jr.
Acting United States Attorney
Western District of Tennessee


/s/ *Raney Irwin*
Raney Irwin
Assistant United States Attorney
167 N. Main St. Ste. 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

## **CERTIFICATE OF SERVICE**

I, Raney Irwin, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney, Serena Gray.

This 29th day of July 2021.

/s/ *Raney Irwin*
Raney Irwin
Assistant United States Attorney